UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES CALVEN OSBORNE, | CASE NO. C18-5083 RBL |
| Plaintiff, | ORDER |
| v. | |
| RON ADLER, | |
| Defendant. | |

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. #7].

1. The Report and Recommendation is **ADOPTED;**

2. Osborne's Motion for Leave to Proceed *in forma pauperis* is **DENIED;**

3. This matter is **DISMISSED** without prejudice for failure to prosecute.

4. The Clerk shall send copies of this Order to the Plaintiff's last known address and to Magistrate Judge Creatura.

IT IS SO ORDERED.

Dated this 22nd day of May, 2018.

Ronald B. Leighton
United States District Judge